IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-CV-00722-LTB-MJW

BARBARA J. ADRIAENS,

Plaintiff(s),

v.

NORTH METRO DRUG TASK FORCE ("NMDTF"), et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendants' Unopposed Motion to Amend Scheduling Order, filed with the Court on June 16, 2005, is GRANTED finding good cause shown.  The deadline to complete discovery is extended to August 12, 2005.  The deadline to file dispositive motions is extended to September 12, 2005.  The deadline to disclose rebuttal experts is extended to July 26, 2005.  The Final Pretrial Conference set on August 29, 2005, at 8:30 a.m. is VACATED and RESET to October 11, 2005, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) calendar days prior to the Final Pretrial Conference consistent with the e-filing requirements of this court.  There will be no further continuances of the above dates.

Date:  June 22, 2005