**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00722-LTB-MJW

BARBARA J. ADRIAENS,
        Plaintiff,

v.

NORTH METRO DRUG TASK FORCE ("NMDTF"),
THE CITY OF NORTHGLENN,
THE CITY OF THORNTON,
LIEUTENANT LORI MORIARTY, Commander of the NMDTF, in her individual capacity,
DETECTIVE JORGE VILLEGOS, a law enforcement officer assigned to the NMDTF, in his individual capacity,
SERGEANT JIM GERHARDT, a law enforcement officer assigned to the NMDTF, in his individual capacity,
DETECTIVE CHARLES SCHOEPELIN, a law enforcement officer assigned to the NMDTF, in his individual capacity,
LEO GUILLIANO, Assistant Fire Chief of the Thornton Fire Department, in his individual capacity,
RICK AMEND, Lieutenant of the Thornton Fore Department, in his individual capacity,
JOHN DOE, a supervisor of the Northglenn/Thornton SWAT Team, in his individual capacity,
        Defendants.

_____

**ORDER OF PARTIAL DISMISSAL**
_____

THIS MATTER having come before the Court on the Unopposed Motion by Plaintiff to Dismiss Defendants Moriarty, Villegas (Incorrectly Identified Above), Gerhardt, Schoepflin (Incorrectly Identified Above), Giuliano (Incorrectly Identified Above), Amend and Doe (filed August 24, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Moriarty, Villegas (Incorrectly Identified Above), Gerhardt, Schoepflin (Incorrectly Identified Above), Giuliano (Incorrectly Identified Above), Amend and Doe,** each party to pay their own fees and costs. The case will continue with the remaining Defendants North Metro Task Force and the Cities of Thornton and Northglenn.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 25, 2005