**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00722-LTB-MJW

BARBARA J. ADRIAENS,
        Plaintiff,

v.

NORTH METRO DRUG TASK FORCE ("NMDTF"),
THE CITY OF NORTHGLENN,
THE CITY OF THORNTON,
        Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation and Agreement to Dismiss With Prejudice (filed August 25, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 26, 2005